*approved Smith*
*6-6-24*

# UNITED STATES DISTRICT COURT
### for the
Western District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No. M-24- 497 -SM |
| The account with the username "linxin" that is | ) |
| maintained and controlled by LandAirSea Systems | ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ **Northern** _____ District of _____ **Illinois** _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | Possession with Intent to Distribute and Distribution of Controlled Substances |
| 21 U.S.C. § 846 | Drug Conspiracy |

The application is based on these facts:

See attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Feagan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **June 6, 2024**          _____
*Judge's signature*

City and state:  Oklahoma City, Oklahoma          Suzanne Mitchell, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE ACCOUNT WITH THE USERNAME "linxin" THAT IS MAINTAINED AND CONTROLLED BY LANDAIRSEA SYSTEMS | Case No. __M-24-497-SM__<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Michael Feagan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I make this affidavit in support of an application for a search warrant for information containing the locations of tracking devices controlled by the LandAirSea Account in the username of linxin ("**Target Account**"), whose service provider is LandAirSea Systems, an asset protection company specializing in Global Positioning System ("GPS") tracking devices, headquartered at 2040 Dillard Court, Woodstock, Illinois 60098. The **Target Account** is described herein and in **Attachment A**, and the location information to be seized is described herein and in **Attachment B**.

2.     I am a Special Agent (SA) with the Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed as an HSI SA since February 2022. Prior to my position as a SA for HSI, I served as a SA for the United States Secret Service (USSS), beginning in July 2017. I have previously attended and graduated from the Criminal Investigation Training

1

Program at the Federal Law Enforcement Training Center in Glynco, GA; the USSS Special Agent Training Program in Beltsville, MD; and the HSI Special Agent Training in Glynco, GA. I hold a bachelor's degree and a master's degree in criminal justice.

3.    I am currently assigned to HSI Oklahoma City, Oklahoma. As part of my various duties and responsibilities I investigate violations of federal criminal law, including violations of 21 U.S.C. §§ 841. I have also been cross designated by the Drug Enforcement Administration (DEA) and am empowered to investigate and make arrests for offenses under Title 21 of the United States Code. I have been involved with investigations for Title 21 offenses and am familiar with the Interagency Cooperation Agreement between the DEA and ICE.

4.    I am familiar with investigating and interdicting the trafficking of weapons and controlled substances, including heroin, marijuana, methamphetamine, cocaine, fentanyl, prescription pharmaceutical drugs, and others. Based on my training, experience, and conversations with other experienced investigators, I have become familiar with the ways in which criminals use tracking devices and their accompanying media applications to plan and carry out crimes, communicate with co-conspirators, dispose of evidence, thwart detection, and escape prosecution. I am also familiar with how criminals and gang members use telephones and their accompanying social media applications to arrange meetings and sales of controlled substances, as well as to coordinate the planning and execution of other types of crimes.

5.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit

2

is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.    Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C. §§ 841(a)(1), 846 have occurred, and that evidence, fruits, and instrumentalities of these offenses are located in the historical location data captured by the **Target Account**, held within the LandAirSea account of username linxin; listed under the name of Xin Lin; listed by the phone number (405) 779-8940; and email address of lin.xin4@icloud.com.  There is also probable cause to believe that the location information described in **Attachment B** will constitute evidence of these criminal violations 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846 which will lead to the identification of additional locations involved in the trafficking of illegal narcotics.

## APPLICABLE STATUES AND JURISDICTION

7.    21 U.S.C. § 841 makes it a crime, to manufacture, distribute, dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance. 21 U.S.C. § 846 makes it a crime to conspire to do the same acts.

8.    The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711.  Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated, see 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

9.    In August 2023, your affiant began investigating a drug trafficking and money laundering organization, whose predominantly Chinese members live and reside

throughout the United States, including the Western District of Oklahoma. This organization has been involved in the distribution of controlled substances to include bulk quantities of illicit ketamine, methamphetamine, and marijuana throughout the United States, and beyond.

10.    In August 2023, the Norman Police Department ("NPD") received information from a confidential source that there was possible illegal activity occurring at the SecurCare Self Storage, located at 2002 Research Park Blvd, Norman, OK. On August 24, 2023, Task Force Officer ("TFO") Sumner of the NPD, conducted a follow up at the SecurCare Self Storage, and he observed a black Toyota Rav4 bearing Oklahoma license plate LYE996 ("OK: LYE996")[1] leaving the facility. TFO Sumner recognized this vehicle from an ongoing NPD investigation and asked the storage facility management if they could provide information associated with the Toyota Rav4. Management provided that on May 22, 2023, Peide ZHU ("ZHU")[2] rented unit #733. ZHU returned on May 23, 2023, and rented unit #624. Management also provided TFO Sumner with entry and exit logs for both units and advised that there was unusually heavy traffic using the gate codes for both units; this information included individuals other than the renter using the codes to access

---

[1]    According to the Oklahoma Motor Vehicle Registration, plate number: LYE996 is registered to a 2020 black Toyota Rav4 owned by Kei Shing YEUNG ("YEUNG") at 416 Greens Pkwy, Norman, OK.

[2]    At the time of renting the storage unit, ZHU provided a mailing address of 2055 58th Avenue, Flushing, NY 11385, email address of IQGChen@gmail.com, and phone number of (929) 300-4695.

the storage facility. Management said that every few days, a Penske style box truck would enter the facility using one of the codes for unit #733 or unit #624.

11.    On August 24, 2023, at approximately 1:15 PM, TFO Sumner, NPD Lieutenant Bratcher, and Detective Sterling went to the SecurCare Self Storage facility and were escorted around the property by management. When they walked by unit #624, Detective Sterling observed that it was secured with a keyed padlock, however, unit #733 was open and an Asian male was inside shrink-wrapping (black wrapping) a large box or other similar type item that was sitting on top of a wooden pallet. Detective Sterling observed a second and possibly a third large box(es) sitting on pallets in the storage unit. Detective Sterling saw a Silver Ford F-150 bearing Oklahoma license plate NGQ709 ("OK: NGQ709")[3] parked in front of unit #733.

12.    On that same date, at approximately 2:30 PM, TFO Sumner pulled into the storage facility and saw that a yellow Penske Truck pulled in right behind him. TFO Sumner observed the Penske truck pull up near unit #733 where two workers got out and lowered the lift gate of the truck. TFO Sumner watched as several large items on pallets were loaded from the storage unit onto the truck. TFO Sumner then observed an Asian male close the storage unit, get into the silver Ford F-150 (OK: NGQ709), and lead the

---

[3]    According to the Oklahoma Motor Vehicle Registration, plate number: NGQ709 is registered to a 2022 silver Ford F-150 owned by Qiu Jin MA ("MA") at 5916 SE 69th St., Oklahoma City, OK. On September 13, 2023, at approximately 1:30 PM, NPD Sergeant Lauderback conducted a traffic stop on the Silver Ford F-150 (OK: NGQ709), after he observed the driver commit a traffic violation. The driver was identified as MA. MA presented a New York Driver's License with an address of 1901 147th Street, Flushing, NY 11357. MA also provided Sergeant Lauderback with his phone number (347) 654-7528 and current address of 1005 Lerkim Lane, Norman, OK.

Penske truck out of the storage facility. Detective Sterling then observed the Penske truck pulling out of Research Park Boulevard onto Rock Creek Road heading westbound. The silver F-150 was seen turning down Trailwood Drive which led to Lerkim Lane. The Penske truck was followed by NPD from Flood Avenue and Rock Creek Road to the Estes Express Lines shipping business located at 1501 SE 15th Street, Oklahoma City, OK. The Penske truck entered a secured area and surveillance was terminated.

13.    On August 28, 2023, NPD installed a covert surveillance camera at the SecureCare Storage Facility at 2002 Research Pkwy, Norman, OK.

14.    On August 29, 2023, TFO Sumner and SA Cathie spoke with the manager of Estes Express Lines shipping located at 1501 SE 15th Street, Oklahoma City, OK. The manager stated that he needed to refer them to the Vice President of Compliance and Field Support and that he would contact them regarding the matter. Wayne Young, the Vice President of Compliance and Field Support at Estes Express Lines contacted TFO Sumner and provided him with the address of the storage facility of where TFO Sumner and Detective Sterling observed the Penske truck pick up on August 24, 2023. Mr. Young stated that an individual named Jason YANG ("YANG") contracted through a company named C.H. Robinson to pick up goods from the storage unit. Mr. Young told TFO Sumner that C.H. Robinson is a contractor for Estes Express Lines and that the Penske trucks are sent to locations where they cannot get a semi-truck to fit.

15.    Mr. Young provided TFO Sumner with bills of lading for August 14, 2023; August 18, 2023; August 21, 2023; and August 31, 2023. The shipper was listed as Jason Yang at 2002 Research Park Blvd, Norman, OK 73069, with a phone number of (929) 648-

6

8613. The bills of lading also showed the receiver as being Cubesmart Self-storage at 7809 Liberty Ave., Ozone Park, NY 11417. The bill of lading for August 14, 2023, showed that two pieces with a total weight of 1200 pounds were picked up. The bill of lading for August 18, 2023, showed one piece listed as home décor with a total weight of 600 pounds was picked up. The bill of lading for August 21, 2023, showed one piece listed as home décor with a total weight of 600 pounds was picked up, and the bill of lading for August 31, 2023, showed two pieces listed as "meat grinding" with a total weight of 1000 pounds was picked up. Included with the bills of lading was a Microsoft Excel spreadsheet that showed YANG had a total of 15 shipments picked up from 2002 Research Park Blvd., Norman, OK, since May of 2023. All the shipments were sent to 7802 Liberty Ave., Ozone Park, NY 11417.

16.    On August 30, 2023, at approximately 8:56 AM, the Silver Ford F-150 (OK: NGQ709) arrived at SecurCare Self Storage at 2002 Research Park Blvd, Norman, OK. An Asian male and Asian female got out of the truck, and the Asian male dropped the tailgate of the truck and unloaded five large sheets of plywood and took them into the storage unit. At approximately 9:21 AM, the male and female left the storage facility in the Ford F-150 truck. At approximately 3:22 PM, the silver Ford F-150 arrived back at storage unit #733. The same Asian male was seen exiting the truck and went to the passenger's side and opened the door for the same Asian female. The Asian male dropped the tailgate and unloaded one sheet of plywood and what appeared to be building supplies. The Asian male stayed inside the storage unit for approximately 45 minutes before coming out carrying what looked like scrap material, and he put it in the back of the truck. The

Asian male and female got into the truck and drove around to the second storage unit before leaving the area.

17.     On August 31, 2023, at approximately 10:00 AM, Detective Sterling observed the silver Ford F-150 (OK: NGQ709) arrive at the SecurCare Self Storage, located at 2002 Research Park Blvd, Norman, OK, and park in front of unit #733.  An Asian male exited the truck and was observed lowering the tailgate of the truck and removing four large cardboard boxes that appeared to be full due to the way the Asian male was having to handle them.  The boxes were then taken into unit #733.  At approximately 10:06 AM, a dark colored SUV arrived at the storage unit and parked north of the silver Ford F-150. The driver of the dark colored SUV remained inside their vehicle.

18.     At approximately 10:10 AM, the driver of the silver Ford F-150 was seen walking over to the passenger's side of the F-150 (OK: NGQ709), where he removed a large black trash bag, and carried it with both arms.  Detective Sterling observed that the shape of the trash bag was like other investigations he had worked when compressed packages of marijuana were inside of a trash bag.  At approximately 10:13 AM, the driver of the Ford F-150 left the storage area, but the dark colored SUV remained parked in its same location.  When the Ford F-150 left the storage facility, TFO Sumner followed it from the storage unit at 2002 Research Park Blvd., Norman, OK, to Trailwood Drive, which led to Lerkim Lane.

19.     At approximately 10:29 AM, the Ford F-150 (OK: NGQ709) arrived back at SecurCare Self Storage and parked near unit #733 again.  The same Asian male exited the truck, lowered the tailgate, removed four more large cardboard boxes from the bed of the

truck and took them into unit #733. The dark colored SUV left shortly thereafter, and at approximately 11:51 AM, the silver Ford F-150 left the storage facility. At approximately 1:33 PM, the Ford F-150 arrived and was followed by a large Penske truck. Both trucks parked near unit #733. Detective Sterling then saw the Penske truck driver lower the lift gate, open the bay door, and removed a pallet jack that he took into the storage unit.

20.     The driver of the Penske truck was then seen coming out with a pallet box wrapped in black plastic that was approximately five and a half feet tall and appeared to be very heavy due to both men having to get it onto the lift gate. The driver took the palletized box into the truck and dropped it, and then he came back out with the pallet jack. The driver went back into the storage unit and came back out with another similar palletized box and loaded it on the truck, which was the last pallet box loaded on to the Penske truck. At approximately 1:45 PM, the Ford F-150 and Penske truck left the storage facility together. On the same date, Detective Sterling obtained a state warrant for a vehicle surveillance tracker[4] for the silver Ford F-150.

21.     On September 7, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage at 2002 Research Park Blvd, Norman, OK, and observed the silver Ford F-150 (OK: NGQ709) arrive at the storage facility at approximately 10:07 AM. An Asian male parked in front of unit #733 and removed four large cardboard boxes from the bed of the truck. Once the last box was unloaded, the dark colored SUV showed up.

---

[4]     The state search warrant and affidavit were signed by Cleveland County Judge Hales on August 31, 2023. The tracker was installed on the Ford F-150 (OK: NGQ709) on September 6, 2023.

Detective Sterling drove through the facility and saw that the vehicle was a Toyota Rav4 (OK: LYE996). This vehicle was seen by Detective Sterling and HSI TFO Sumner leaving the storage facility and watching the silver truck the previous week. The silver Ford F-150 then left the storage facility and drove to 1005 Lerkim Lane, Norman, OK. At approximately 10:37 AM, the silver F-150 arrived back at the storage facility. The Asian male driver unloaded four more cardboard boxes, left the storage unit at approximately 10:42 AM, and returned to 1005 Lerkim Lane, Norman, OK. At approximately 10:56 AM, the silver Ford F-150 arrived back at the storage facility. The Asian male driver then unloaded four more large cardboard boxes. At approximately 11:55 AM, the Penske truck arrived at the storage unit and loaded up two very large items that were on pallets and wrapped in black plastic.

22.    On September 12, 2023, at approximately 9:30 AM, Detective Sterling conducted surveillance in the vicinity of Greens Parkway[5] in Norman, OK. There was a White Ford Transit van bearing Oklahoma license plate NHQ572 ("OK: NHQ572")[6] parked in the driveway of 504 Greens Parkway, Norman, OK. There was a white Subaru

---

[5]    504 Greens Parkway, Norman, OK, was identified in a prior NPD and HSI investigation that involved illegal shipments of ketamine from Europe that were similar to the illegal shipments of ketamine that were destined for 1005 Lerkim Lane, Norman, OK. According to records obtained from the Cleveland County Assessor's Office, 504 Greens Parkway is owned by Greens Parkway LLC. Additional research revealed that Greens Parkway LLC is also listed as the owner of 412 Greens Parkway, Norman, OK.

[6]    According to the Oklahoma Motor Vehicle Registration, plate number: NHQ572 is registered to a 2017 white Ford transit van owned by Kei Shing YEUNG at 416 Greens Pkwy, Norman, OK.

Forester bearing Oklahoma license plate NVW898 ("OK: NVW898")[7] parked in the driveway of 412 Greens Parkway, Norman, OK. Additionally, there was a black, newer model, four door Mercedes with a paper tag parked in the driveway of 416 Greens Parkway, Norman, OK. This was loaner vehicle from a dealership.

23.     On September 14, 2023, at approximately 9:30 AM, NPD observed MA enter SecurCare Self Storage at 2002 Research Park Blvd and drive to unit #733. MA unloaded one box from the cab of the truck (OK: NGQ709) and four large boxes from the bed of the truck, and then took them all into the storage unit. At approximately 9:42 AM, MA left the storage facility and returned to 1005 Lerkim Lane, Norman, OK. MA arrived back at the storage facility at approximately 10:00 AM. MA unloaded four more large boxes from the bed of the truck and took them into the storage unit.

24.     At approximately 10:10 AM, the black Mercedes loaner car observed at 416 Greens Parkway, Norman, OK, on September 12, 2023, pulled up in the parking lot near unit #733. At approximately 11:14 AM, Detective Sterling drove by storage unit #733 and noticed the door was rolled up and two pallets were inside the unit along with MA. Detective Sterling could also smell a heavy odor of raw marijuana in that immediate area. There was no other storage unit door open at this time. At approximately 1:34 PM, MA,

---

[7]     According to the Oklahoma Motor Vehicle Registration, plate number: NVW898 is registered to a 2016 white Subaru Forester owned by Wei GUO ("GUO") at 412 Greens Pkwy., Norman, OK. On September 12, 2023, NPD Officer Gomez conducted a traffic stop on the White Subaru Forester (OK: NVW898) in Norman, OK, after he observed the driver of the vehicle commit a traffic violation. The driver of the vehicle was GUO (OLN: L084253668). GUO provided Officer Gomez with his address as 412 Greens Parkway, Norman, OK.

driving the F-150, and a Penske truck arrived at storage unit #733 and loaded up to very large boxes onto the Penske truck using a pallet jack.

25.    On September 17, 2023, at approximately 3:15 PM, Detective Sterling observed MA, driving the Ford F-150 (OK: NGQ709) arrive at SecurCare Self Storage at 2002 Research Park Blvd., Norman, OK, and drove to unit #733. MA took what looked like a tool bag into the storage unit. MA left the storage facility at approximately 3:38 PM.

26.    On September 18, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage at 2002 Research Park Blvd., Norman, OK. At approximately 9:36 AM, MA arrived at the storage facility driving the silver F-150 (OK: NGQ709). MA was seen unloading four large cardboard boxes from the bed of the truck and took them into the storage unit. At approximately 9:43 AM, the black Mercedes from 416 Greens Parkway, Norman, OK, arrived at the storage facility and watched MA. At approximately 9:47 AM, MA left in the silver F-150. At approximately 10:05 AM, MA arrived back at the storage facility where he was observed unloading four more large cardboard boxes while the black Mercedes was there as he worked. At approximately 10:57 AM, the black Mercedes left. At approximately 11:21 AM, MA left the storage facility. At approximately 4:10 PM, MA, driving the same Ford F-150, arrived back at the storage facility followed by a Penske truck. Two very large pallets wrapped in black plastic were loaded onto the Penske truck. At approximately 4:18 PM, MA and the Penske truck left the storage facility.

27.    On September 23, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage located at 2002 Research Park Blvd, Norman, OK.    At

approximately 5:51 PM, MA arrived in the F-150 (OK: NGQ709) and unloaded plywood into storage unit #733. At approximately 6:55 PM, MA left the storage facility.

28.    On September 25, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage located at 2002 Research Park Blvd., Norman, OK.    At approximately 9:29 AM, MA arrived at the storage location and parked of storage unit #733. MA was observed unloading four large cardboard boxes from the bed of the truck (OK: NGQ709) and placed them in the storage unit. MA left at approximately 9:36 AM and traveled back to Lerkim Lane in Norman. At approximately 9:48 AM, the black Toyota Rav4 (OK: LYE996) arrived at the storage location and parked north of unit #733. At approximately 9:52 AM, MA arrived back at the storage unit and unloaded another four large cardboard boxes into the storage unit.

29.    At approximately 10:28 AM, the black Toyota Rav4 drove over to the storage unit, and the occupant appeared to stop and speak to MA before exiting the storage facility. Detective Sterling attempted to follow the black Toyota Rav4 but lost it in traffic as it went north on Flood Avenue from Rock Creek Road in Norman. At approximately 11:11 AM, MA left the storage facility. At approximately 3:32 PM, MA arrived along with a Penske truck where both parked in front of unit #733. Two very large pallets wrapped in black plastic were loaded onto the Penske truck. After everything was loaded onto the truck, MA and the Penske truck left the storage facility.

30.    On September 26, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage at 2002 Research Park Blvd, Norman, OK. At approximately 4:23 PM, MA arrived at the storage facility, parked near unit #733, got out of the truck (OK:

NGQ709), and went inside. At approximately 4:27 PM, Detective Sterling observed the white Ford transit van (OK: NHQ572) arrive at the storage facility and park near unit #733. An unknown Asian male exited the vehicle, went to the back of the van, opened the doors, and he and MA unloaded several large boxes into the storage unit. MA and the unknown driver dropped the tailgate of the silver F-150, unloaded 11 duffle bags from the bed of the truck, and took them to the storage unit. At approximately 4:53 PM, the white Ford transit van left the storage facility. At approximately 4:55 PM, MA left the facility in the silver F-150.

31.    On September 27, 2023, at approximately 10:50 AM, Detective Sterling conducted surveillance and observed MA and the silver Ford F-150 (OK: NGQ709) backed into the open garage of 2503 Lerkim Circle, Norman, OK.[8] This was the first time Detective Sterling had seen MA at this location. MA left 2503 Lerkim Circle and returned to 1005 Lerkim Lane.

32.    On September 30, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage at 2002 Research Park Blvd., Norman, OK. At approximately 9:37 AM, Detective Sterling observed MA driving the silver F-150 (OK: NGQ709), park outside of the storage unit #733. MA unloaded plywood sheets into the unit, stayed for approximately an hour, and left around 10:43 AM.

33.    On October 1, 2023, Detective Sterling conducted surveillance at SecurCare Self Storage at 2002 Research Park Blvd., Norman, OK. At approximately 10:32 AM, MA

---

[8]    2503 Lerkim Circle is owned by SESD, LLC, and the account holder for the utilities was Ke YU ("YU") whose address on the account was listed as 2503 Lerkim Circle.

arrived at the SecurCare Self Storage facility driving the silver F-150 (OK: NGQ709). MA parked in front of unit #733 and unloaded what appeared to be a very large cardboard box from the bed of the truck. MA left the storage unit at approximately 10:40 AM.

34.     On October 2, 2023, at approximately 9:30 AM, MA arrived at SecurCare Self Storage at 2002 Research Park Blvd., Norman, OK, where he unloaded four large cardboard boxes from the bed of the truck (OK: NGQ709) to unit #733. At approximately 9:40 AM, the black Toyota Rav4 (OK: LYE996) arrived at the storage unit, parked north of the unit, and watched as MA unloaded another four boxes from the truck into the storage unit. MA left for a second time and returned to unload another four boxes for a total of 12. The Toyota Rav4 left at approximately 10:42 AM, and MA left at approximately 11:30 AM.

35.     On October 10, 2023, at approximately 3:55 PM, MA arrived at the SecurCare Self Storage location driving the Silver Ford F-150 (OK: NGQ709) where he unloaded plywood building materials. MA left the storage location at approximately 4:54 PM. On October 11, 2023, at approximately 4:30 PM, MA arrived at the storage location with building materials in the bed of the truck which he unloaded into the storage unit. MA left the storage unit at approximately 5:52 PM.

36.     On October 12, 2023, at approximately 9:22 AM, MA arrived at SecurCare Self Storage driving the silver F-150 (OK: NGQ709). MA unloaded four large cardboard boxes and took them into the storage unit. MA left at approximately 9:35 AM and went back to Lerkim Lane. At approximately 9:37 AM, the black Rav4 (OK: LYE996) arrived at the storage location. At approximately 9:53 AM, MA arrived back at the storage location

and unloaded another 4 large cardboard boxes into the storage unit. At approximately 10:25 AM, the black Rav4 left the storage unit. At approximately 11:00 AM, MA left the storage unit. At approximately 12:25 PM, MA followed by a yellow Penske truck, arrived at the storage unit. Two large pallets were loaded into the Penske truck. Both vehicles left the storage facility at approximately 12:35 PM.

37.    On October 15, 2023, at approximately 9:30 AM, MA arrived at SecurCare Self Storage driving the silver F-150 (OK: NGQ709). MA unloaded building materials into the storage unit. MA left the storage facility at approximately 11:00 AM.

38.    On October 16, 2023, at approximately 9:20 AM, MA arrived at the storage facility driving the silver F-150 (OK: NGQ709). MA unloaded four large cardboard boxes from the bed of the truck into the storage unit. At approximately 9:31 AM, the black Rav4 (OK: LYE996) arrived and parked where it observed MA. When it arrived, MA got a piece of paper from the truck and walked over to the passenger's window of the Rav4 and handed it off. MA then left the storage facility. MA returned to the storage facility at approximately 9:47 AM and unloaded another four large cardboard boxes into the storage unit. At approximately 10:17 AM, the black Rav4 left the storage facility. MA left the storage facility at approximately 11:03 AM. At approximately 4:36 PM, MA followed by a yellow Penske truck, arrived at the storage facility. Two large pallets were loaded onto the Penske truck. Both vehicles left the storage facility at approximately 4:40 PM.

39.    On October 26, 2023, TFO Sumner and Detective Sterling followed the silver F-150 (OK: NGQ709) driven by MA with an unknown Asian male in the passenger's seat to two different storage locations. One storage facility was at East Tecumseh and 12th

Avenue Northeast in Norman, OK, and the other at East Rock Creek and 12th Avenue Northeast in Norman, OK. At approximately 4:45 PM, the silver F-150 was observed via vehicle tracker entering the Hangin Grow LLC[9] located at 3508 Wellsite Drive, Norman, OK, and was there for approximately four hours.

40.     On October 30, 2023, MA driving the Ford F-150 (OK: NGQ709), arrived at SecurCare Self Storage at approximately 9:30 AM were he unloaded large cardboard boxes. MA made a trip back to Lerkim Circle twice in which he returned to the storage unit with additional boxes. The entire time that MA was unloading boxes, the black Toyota Rav4 (OK: LYE996) was parked north of him observing him unload boxes. When the Rav4 left the unit at approximately 10:45 AM, Detective Sterling and TFO Sumner followed him away from the area. The Rav4 eventually stopped and pulled into the garage at 416 Greens Parkway, Norman, OK. At approximately 4:50 PM, MA led a Penske truck into the storage facility where two large boxes on pallets were picked up and loaded into a Penske truck.

41.     On November 17, 2023, at approximately 12:50 PM, MA met with the driver of a Penske truck and loaded up two black plastic wrapped pallets from unit #733 at the SecurCare Self Storage at 2002 Research Parkway, Norman, OK.

---

9       According to the Oklahoma Bureau of Narcotics ("OBN"), 3508 Wellsite Drive, Norman, OK is registered as a Medical Marijuana Manufacturer in the name of "Hangin Grow LLC." On the Oklahoma Secretary of State's website, Hangin Grow LLC is registered to Matt STACY ("STACY") at 432 S. Mustang Rd. Ste B, Yukon, OK 73099. 432 S. Mustang Rd. Ste B, Yukon, is the address of "Stacy Legal Group," where STACY was an attorney.

42.    On November 27, 2023, surveillance was conducted at the SecurCare Self storage facility. MA, driving the F-150 (OK: NGQ709), unloaded 12 large cardboard boxes. Detective Sterling was conducting surveillance on Greens Parkway and observed the black Toyota Rav4 (OK: LYE996) parked in the driveway, and observed YEUNG, drive the Rav4 away from the 416 Greens Parkway, where he parked and observed MA unload cardboard boxes into the storage unit. At approximately 3:37 PM, Detective Sterling observed on surveillance camera a large white Penske truck pull into the storage unit and park in front of unit #733. Moments later, the silver F-150, driven by MA arrived at the storage facility and went to unit #733. The driver of the Penske truck was seen opening the big cargo door and removing a pallet jack, where he loaded two very large boxes on pallets wrapped in black plastic.

43.    On December 14, 2023, at approximately 2:20 PM, MA met with the driver of a Penske box truck and loaded up two black plastic wrapped pallets from unit #733.

44.    On December 18, 2023, at approximately 4:25 PM, MA met with the driver of a Penske box truck and loaded up two black plastic wrapped pallets from unit #733.

45.    On December 27, 2023, at approximately 9:00 AM, the silver Ford F-150 (OK: NGQ709) traveled to the SecurCare storage at 2002 Research Park Blvd., Norman, OK. Detective Sterling drove by and observed MA unloading plywood from the bed of the F-150 and taking it into the storage unit. The storage unit was open, and Detective Sterling observed numerous sheets of plywood and several wooden pallets inside the unit.

46.    On December 28, 2023, at approximately 2:20 AM, MA met with the driver of a Penske box truck and loaded up two pallets from unit #733.

18

47.    On January 11, 2024, at approximately 12:15 PM, Detective Sterling observed YEUNG walk out of the house and get into the driver's seat of black Toyota Rav4 (OK: LYE996). Detective Sterling followed YEUNG from 416 Greens Parkway, Norman, OK, to the SecurCare Storage Facility located at 2002 Research Park Blvd, Norman, OK. At approximately 12:43 PM, YEUNG left the storage facility.

48.    On January 15, 2024, at approximately 10:15 AM, MA, driving the silver Ford F-150 (OK: NGQ709), and YEUNG, driving the black Toyota Rav4 (OK: LYE996), were observed at the SecurCare Storage Facility located at 2002 Research Park Blvd, Norman, OK. MA was observed unloading cardboard boxes from the bed of his truck while YEUNG sat in his vehicle observing MA work. On January 16, 2024, at approximately 2:35 PM, MA met with the driver of a Penske box truck and loaded up two black plastic wrapped pallets from unit #733 at the SecurCare Storage Facility located at 2002 Research Park Blvd, Norman, OK.

49.    On February 11, 2024, at approximately 8:55 AM, the Silver Ford F-150 (OK: NGQ709) left 2503 Lerkim Circle, Norman, OK, and drove to the SecurCare Storage facility located at 2002 Research Park Blvd., Norman, OK. When the truck entered the storage facility, it drove to unit #624 which was where building material was been stored in the past. At approximately 9:06 AM, the silver Ford F-150 drove from unit #624 to unit #733. In the bed of the truck wooden pallets and plywood could be seen. The F-150 was backed up to the door of #733 and unloaded the pallets and plywood. MA was seen getting out of the F-150 and going into the storage unit. At approximately 10:09 AM, the silver F-150 left the storage facility and returned to 2503 Lerkim Circle, Norman, OK.

50.    On February 12, 2024, at approximately 8:45 AM, the silver Ford F-150 (OK: NGQ709) arrived at the SecurCare Storage facility located a 2002 Research Park Blvd., Norman, OK, and drove to unit #733 where MA unloaded four large cardboard boxes and carried them into the storage unit. MA left the storage facility and drove to 2503 Lerkim Circle. At approximately 9:23 AM, MA returned to the storage facility and drove to unit #733. MA unloaded another four large cardboard boxes into the storage unit. At approximately 9:43 AM, MA left the storage facility and drove to 2503 Lerkim Circle, Norman, OK.

51.    MA returned to the storage facility and drove to unit #733. MA unloaded another four large cardboard boxes into the storage unit. At approximately 10:01 AM, the black Toyota Rav4 (OK: LYE996) arrived at the storage unit and parked to the north of MA. The driver of Toyota Rav4, who appeared to be YEUNG, got out, opened the back hatch of the Rav4, removed a cardboard box smaller than the ones unloaded by MA, and walked it over to the storage unit where MA was working. The box that YEUNG carried appeared to be heavy due to the way he was carrying it.

52.    After taking the box to the unit, YEUNG walked back to the Rav4, closed the hatch, got back in the driver's seat, waited, and watched MA until approximately 11:01 AM, when he left the storage facility. MA left at the same time and returned to 2503 Lerkim Circle, Norman, OK. At approximately 1:00 PM, surveillance was established at the SecurCare Storage facility located at 2002 Research Park Blvd., Norman, OK, in anticipation of MA escorting a Penske truck into the facility and loading two pallets onto the truck. At approximately 5:14 PM, MA driving the silver Ford F-150, led a large yellow

Penske truck into the storage facility and drove to unit #733.  At unit #733, two very large

wooden pallets that were wrapped in black plastic were loaded on to the Penske truck.

After being loaded onto the truck, MA escorted the Penske truck out of the facility.  MA

was observed, via tracking device, to return to 2503 Lerkim Circle, Norman, OK.

53.    TFO Sumner, Detective Sterling, and Lieutenant Bratcher followed the

Penske truck to Estes Express Line Trucking located at 1501 SE 15th Street, Oklahoma

City, OK.  SA Cathie and SA Feagan met the detectives at Estes Express Line Trucking.

SA Cathie and SA Feagan had been in contact with Estes Supervisor Dustin Pointer and

made him aware that the two crates from the Penske truck were suspected of not containing

the labeled contents of "Home Decor" which was listed on the freight bill.  The two pallets

from the Penske truck had been off loaded from the truck and sat on the receiving dock.

54.    The two pallets were both approximately six and a half feet tall and were

wrapped in black plastic with paper shipping labels taped to the front of each indicating

Pallet #1 and Pallet #2.  After cutting away the black plastic wrapping, the SAs and

Detectives found OSB boards screwed and glued together.  After the screws were removed

and one board was taken off, plain brown cardboard boxes were sealed with packing tape

inside.  Inside of pallet #1 there were 12 individual boxes, and inside of pallet #2 there

were 11 individual boxes.

55.    Detective Sterling removed a box from pallet #1, opened it and found a large

amount of processed and vacuum sealed marijuana buds.  One box from pallet #2 was

opened and found to also contain a large amount of processed and vacuum sealed marijuana

buds.    There were also numerous dryer sheets scattered throughout the boxes and

21

wrappings in pallets #1 and #2. All the boxes from the containers were transported back to the NPD Special Investigations Section (SIS) office. Once back at the SIS office, a mobile tracking device serial #8882001326 was found inside one of the boxes. The device was turned off and held. All the remaining boxes were opened and found to contain processed and vacuum sealed marijuana buds.

56.    Prior to the events on February 12, 2024, TFO Detective Sumner had spoken to Wayne Young, Vice President Compliance and Field Support, who told him per Estes Express Line Trucking policy, inspection of freight can be conducted if it is suspected of being intentionally mislabeled or containing contraband. Mr. Young also provided TFO Sumner with the name of Dustin Pointer who would be our point of contact at the Estes receiving location in Oklahoma City, OK, due to Mr. Young being in the state of Maryland. Mr. Young, who TFO Sumner had been in contact with weeks prior, told Detective Sumner that the next scheduled pickup we contacted him about would be inspected and Mr. Young gave TFO Sumner and other law enforcement agents permission to assist in the inspection.

57.    On February 13, 2024, the cardboard boxes were inspected and weighed. All boxes contained various amounts of individual vacuum sealed bags inside of larger plastics bags secured at the top by zip ties. TFO Sumner and Detective Sterling removed each lager plastic bag from each box and individually weighted them. After being weighed, the larger plastic bags were placed back into the cardboard box and resealed. The total estimated package weight (EPW) of all the plastic bags was 730 pounds. All 23 of the cardboard boxes were transported to the Norman Police Department Investigations Center and booked into property custody.

22

58.    On February 14, 2024, SA Feagan submitted a subpoena to LandAirSea Systems for information on the tracking device recovered from a marijuana shipment seized on February 12, 2024.  The subpoena was emailed to Jeremy Stein of the legal department at LandAirSea Systems.  Subpoena HSI-OC-2024-033908-001 requested records pertaining to user account information; tracking data for each device under the associated accounts; and receipts for any transactions with LandAirSea between the dates of February 14, 2023 and February 14, 2024, for the LandAirSea account associated with device: 54 Overdrive (Serial Number: 8882001326).  On February 15, 2024, LandAirSea Systems returned the requested information that included username linxin; listed under the name of Xin Lin; listed by the phone number (405) 779-8940; and email address of lin.xin4@icloud.com.  The provided information also showed the total number of devices associated with the account for Xin Lin. There was a total of 23 tracking devices with a total of 8 "Active" and 16 "Inactive".

## CONCLUSION

59.    There is probable cause to believe that violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846 have occurred, and that evidence, fruits, and instrumentalities of these offenses are located in the data contained within the **Target Account**.  Therefore, I respectfully request that this Court issue a search warrant for the **Target Account** described in **Attachment A**, authorizing the seizure of the items described in **Attachment B**.

60.    I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court, except that the Clerk of the Court shall provide copies of the sealed documents to

the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents with defense counsel and others as necessary to comply with its discovery obligations and with HSI. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

MICHAEL FEAGAN
Special Agent
Homeland Security Investigations

Subscribed and sworn to me on this ___ day of June, 2024.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

24

## ATTACHMENT A

### Property to Be Searched

The account with the username "linxin" that is maintained and controlled by LandSeaAir Systems ("**Target Account**").   LandSeaAir Systems is an asset protection company specializing in Global Positioning System ("GPS") tracking devices, headquartered at 2040 Dillard Court, Woodstock, Illinois 60098.  The **Target Account** is known be listed under the name of Xin Lin; listed by the phone number (405) 779-8940; and also associated with an email address of lin.xin4@icloud.com.

**ATTACHMENT B**

**Particular Things to Be Seized**

I.    **Information to be Disclosed by the Provider (LandAirSea Systems)**

To the extent that the information described in **Attachment A** is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the **Target Account,** as listed in **Attachment A**:

    a.    The following information associated with **Target Account** from May 23, 2023, to the present:

        i.    Customer and subscriber names (including subscriber names, user names, and screen names);

        ii.    Customer and subscriber addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii.    Customer and subscriber phone numbers;

        iv.    Means and source of payment for such service (including any credit card or bank account number) and billing records;

        v.    GPS device identifiers associated with, registered to, or linked with the **Target Account** to include serial numbers, purchase history, service and use history, and assignment information;

        vi.    All location data related to every GPS device associated with, registered to, or linked to the **Target Account.**

26

## II.     Information to Be Seized by the Government

All information described above in Section I that would assist and aid in the investigation of violations of 21 U.S.C. §§ 841 and 846.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by LandAirSea Systems in order to locate the things particularly described in this Warrant.